**IN THE MATTER OF THE PETITION
FOR REINSTATEMENT OF
CHARLES DARROW YATES
TO THE BAR OF MARYLAND**

\*     **IN THE**

\*     **COURT OF APPEALS**

\*     **OF MARYLAND**

\*     **Misc. Docket AG No. 27**

\*     **September Term, 2020**

**ORDER**

Upon consideration of the Verified Petition for Reinstatement to the Bar of Maryland and Bar Counsel's Response, filed in the above-captioned case, it is this 13th day of August, 2020,

**ORDERED**, by the Court of Appeals of Maryland, a majority of the Court concurring, that the Petition for Reinstatement, be, and the same hereby is, GRANTED, and it is further

**ORDERED**, that the Clerk of the Court shall replace the name Charles Darrow Yates upon the register of attorneys entitled to practice law in this State and certify that fact to the Trustees of the Client Protection Fund and the Clerks of all judicial tribunals in this State.

/s/ Mary Ellen Barbera
Chief Judge

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk